# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| DIETGOAL INNOVATIONS LLC, | § § § | |
| *Plaintiff,* | § § | Civil Action No. 6:14-cv-00619 |
| v. | § § | |
| TACO JOHN'S INTERNATIONAL, INC., | § § | Jury Trial Demanded |
| *Defendant.* | § § | |

## CERTIFICATE OF INTERESTED PERSONS
(This form also satisfies FED. R. CIV. P. 7.1)

Pursuant to FED. R. CIV. P. 7.1 and L.R. 3.1(c), L.R. 3.2(e), L.R. 7.4, L.R. 81.1(a)(4)(D), and L.R. 81.2, Plaintiff DietGoal Innovations LLC provides the following information:

For a nongovernmental corporate party, the name(s) of its parent corporation and any publicly held corporation that owns 10% or more of its stock (if none, state "None"):

None

A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:

DietGoal Innovations LLC

Dr. Oliver Alabaster

Daniel Mitry

Timothy Salmon

**PLAINTIFF DIETGOAL INNOVATIONS LLC'S**
**CERTIFICATE OF INTERESTED PERSONS**                                              Page 1

Dated: July 17, 2014          Respectfully submitted,

         **BUETHER JOE & CARPENTER, LLC**

By:    */s/ Eric W. Buether*
      Eric W. Buether
      State Bar No. 03316880
      Eric.Buether@BJCIPLaw.com
      Christopher M. Joe
      State Bar No. 00787770
      Chris.Joe@BJCIPLaw.com
      Brian A. Carpenter
      State Bar No. 03840600
      Brian.Carpenter@BJCIPLaw.com
      Monica Tavakoli
      State Bar No. 24065822
      Monica.Tavakoli@BJCIPLaw.com
      Michael D. Ricketts
      State Bar No.24079208
      Mickey.Ricketts@BJCIPLaw.com
      Niky Bukovcan
      State Bar No. 24078287
      Niky.Bukovcan@BJCIPLaw.com

      1700 Pacific Avenue
      Suite 4750
      Dallas, Texas 75201
      Telephone:    (214) 477-1271
      Facsimile:    (214) 635-1827

      **ATTORNEYS FOR PLAINTIFF**
      **DIETGOAL INNOVATIONS LLC**