UAET (02-2008)



Unopposed Application for Extension of Time to Answer Complaint

Attach this form to the *Application for Extension of Time to Answer Complaint* event.

**CASE AND DEADLINE INFORMATION**

Civil Action No.: 6:14-cv-00619
Name of party requesting extension: Taco John's International, Inc.
Is this the first application for extension of time in this case?   ✓ Yes
   ☐ No
If no, please indicate which application this represents:   ☐ Second
   ☐ Third
   ☐ Other _____

Date of Service of Summons: 07/21/14
Number of days requested:   ☐ 30 days
   ☐ 15 days
   ✓ Other 7 days

New Deadline Date:  08/18/14   *(Required)*

**ATTORNEY FILING APPLICATION INFORMATION**

Full Name: C. Dale Quisenberry
State Bar No.: 24005040
Firm Name: POLASEK, QUISENBERRY & ERRINGTON, L.L.P.
Address: 6750 West Loop South, Suite 920
      Bellaire, Texas 77401

Phone: (832) 778-6000
Fax:   (832) 778-6010
Email: dquisenberry@pqelaw.com

A certificate of conference does not need to be filed with this unopposed application.